# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** A. Benjamin Goldgar    **Hearing Date** 5/4/09

**Bankruptcy Case** 09-16148    **Adversary No.** 09-00383

**Title of Case** In re Vavitalk, Inc.

**Brief Statement of Motion** Debtor's Emergency Motion for TRO Extending Stay to Individuals

**Names and Addresses of moving counsel** William Factor, 1363 Shermer Road, Suite 224, Northbrook, IL 60062

**Representing** Debtor

## TEMPORARY RESTRAINING ORDER

The court having heard evidence and argument, for the reasons stated on the record in open court, the motion is granted and the litigation known as Bulger v. Vavitalk, 07-CV-6622, pending in the Central District of California is stayed as to all parties and all claims up to and including May 11, 2009 at 5:00 c.s.t.; and the litigation known as Lanzarotti v. Vavitalk, pending in the Eastern District of N.Y. is stayed as to all parties and all claims up to and including May 11, 2009 at 5:00 c.s.t. The Court sets a hearing to consider the entry of a preliminary injunction to stay the above suits over May 11, 2009 at 10:30 a.m.

[signature]