# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | August 5, 2009 |
| **Bankruptcy Case** | 09 B 16148 | **Adversary No.** | 09 A 383 |

**Brief Statement of Motion**

Varitalk, Inc. v. Baker

Order extending preliminary injunction

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record, the preliminary injunction entered on May 12, 2009 (Docket No. 19) is extended through and including August 12, 2009.

[signature]