# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | September 17, 2009 |
| **Bankruptcy Case** | 09 B 16148 | **Adversary No.** | 09 A 00383 |
| **Title of Case** | Varitalk, Inc. v. Mark Baker, Eclipse, LLC and Paulo Lanzarotti | | |

**Brief Statement of Motion:** Order extending preliminary injunction

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated on the record, preliminary injunction entered May 12, 2009, docket entry no. 19, is extended through and including October 5, 2009.

_[signature]_