## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VARITALK, INC., ) | No. 09 B 16148 |
| ) | |
| Debtor. ) | |
| ) | |
| VARITALK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09 A 383 |
| ) | |
| MARK BAKER, ECLIPSE, LLC, and ) | |
| PAULO LANZAROTTI, ) | |
| ) | |
| Defendants. ) | Judge Goldgar |

### ORDER (1) DENYING MOTION TO EXTEND PRELIMINARY INJUNCTION AND (2) DISSOLVING ANY EXISTING INJUNCTION

This matter came on for hearing on the motion of plaintiff Varitalk, Inc. to extend the preliminary injunction entered on May 11, 2009 (and extended from time to time) that enjoined litigation in the District Court for the Central District of California styled *Baker, et al. v. Varitalk, Inc. et al.*, No. CV 07-6622 VBF (C.D. Cal.) against Varitalk officers Frederick Lowe, Derek Goldberg, and Steven Drimmer. For the reasons stated on the record, IT IS HEREBY ORDERED:

1. The motion to extend the preliminary injunction is denied.

2. Any other injunctive order entered in this matter is dissolved.

Dated: October 5, 2009

_____
A. Benjamin Goldgar
United States Bankruptcy Judge